# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAGEL RICE, LLP<br><br>Plaintiff,<br><br>v.<br><br>RICHARD COFFMAN, et al.,<br><br>Defendants. | Civil Action No.: 12-cv-5081 (CCC-JAD)<br><br>**O R D E R** |

**CECCHI**, **District Judge.**

This matter comes before the Court upon motion by Defendants Richard Coffman, Wyatt Durrette, John Wylie, The Coffman Law Firm f/k/a Richard Coffman, P.C., DurretteCrump, PLC f/k/a/ DurretteBradshaw, PLC, Futterman Howard Ashley Watkins & Weltman P.C. f/k/a Futterman, Howard, Watkins, Wylie & Ashley, Chtd. (collectively, "Defendants") to dismiss the Complaint for lack of personal jurisdiction [Docket No. 6]. On May 2, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that Defendants' motion to dismiss be granted. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein,

IT IS on this 28th day of May, 2013

**ORDERED** that this Court adopts Judge Dickson's May 2, 2013 Report and Recommendation and thus grants Defendants' motion to dismiss.

    *s/Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States District Judge**